1056

[No. 22594-1-III.   Division Three.   June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PHILLIP WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 02-1-50413-1, Dennis D. Yule, J., entered December 4, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis and Kurtz, JJ.

[No. 22821-5-III.   Division Three.   June 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL WAYNE DAVENPORT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-01025-9, Carolyn A. Brown, J., entered February 20, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.